UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

MIRIAM FREIER,

                              Plaintiff,

       — against —

VERTICAL CAPITAL, LLC and BRETT GRAHAM and
KEM BLACKER, individually,

                            Defendants.

-----------------------------------------------------------------------x

**Civil Action No. 14-cv-9623**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK )

        **JONATHAN S. SACK**, being duly sworn, deposes and says:

        1.    I am not a party to this action, am over eighteen years of age and reside in New York County, in the State of New York

        2.    That on December 19, 2014 at 12:15 PM at 437 MADISON AVENUE, NEW YORK, NY 10022 deponent served the within SUMMONS AND COMPLAINT on a representative of BRETT GRAHAM by delivering a true copy of each to said representative ("Shannon Lutz") personally; deponent knew the person so served ("Shannon Lutz") to be a representative of the person described as the defendant therein and she identified herself as such.

        3.    Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 25 | 5' 5" | 150 |

        4.    Deponent states that at the time of such service deponent knew the person so served ("Shannon Lutz") as aforesaid to be a representative for the same person mentioned and described as the defendant in this action.

Sworn to before me this
___ day of December, 2014

_____
ERIC R. STERN
NOTARY Public, State Of New York
No. 02ST6054374
Qualified In Nassau County
Commission Expires January 29, 20__

_____
JONATHAN S. SACK