UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                              :
MIRIAM FREIER                                                 :      Case No. 14-CV-9623 (RA)
                                                              :
                              Plaintiff,                      :
                  --and--                                     :
                                                              :
VERTICAL CAPITAL, LLC; BRETT GRAHAM;                          :
and KEM BLACKER                                               :
                                                              :
                              Defendants.                     :
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE THAT Mark J. Hyland of the law firm of Seward and

Kissel LLP hereby appears as counsel in this action for defendants Vertical Capital, LLC, Brett

Graham, and Kem Blacker.

        I certify that I am admitted to practice in this Honorable Court.

New York, New York
January 9, 2015

                        SEWARD & KISSEL LLP

                        By:  ___s/ Mark J. Hyland___
                             Mark J. Hyland

                         SEWARD & KISSEL LLP
                         One Battery Park Plaza
                         New York, New York
                         hyland@sewkis.com
                         Tel:  (212) 574-1200
                         Fax: (212) 480-8421

                         *Attorneys for Defendants Vertical Capital,*
                         *LLC, Brett Graham, and Kem Blacker*