UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MIRIAM FREIER                                                    :   Case No. 14-CV-9623 (RA)
                                                                 :
                Plaintiff,                                       :
       --and--                                                   :
                                                                 :   **RULE 7.1 STATEMENT**
VERTICAL CAPITAL, LLC; BRETT GRAHAM;                             :
and KEM BLACKER                                                  :
                                                                 :
                Defendants.                                      :
-----------------------------------------------------------------X

   Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Vertical Capital, LLC, certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

New York, New York
January 9, 2015

                              SEWARD & KISSEL LLP

                        By:    /s Mark J. Hyland
                               Mark J. Hyland
                               Rita M. Glavin
                               Julia C. Spivack
                               SEWARD & KISSEL LLP
                               One Battery Park Plaza
                               New York, New York
                               Tel:  (212) 574-1200

                               *Attorneys for Defendants Vertical Capital,*
                               *LLC, Brett Graham, and Kem Blacker*

SK 25217 0006 6319289