UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                              :
MIRIAM FREIER                                                 :   Case No. 14-CV-9623 (RA)
                                                              :
                    Plaintiff,                                :
          --and--                                             :
                                                              :
VERTICAL CAPITAL, LLC; BRETT GRAHAM;                          :
and KEM BLACKER                                               :
                                                              :
                    Defendants.                               :
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Rita M. Glavin of the law firm of Seward and Kissel LLP hereby appears as counsel in this action for defendants Vertical Capital, LLC, Brett Graham, and Kem Blacker.

I certify that I am admitted to practice in this Honorable Court.

New York, New York
January 9, 2015

                                        SEWARD & KISSEL LLP

                                        By:  s/ Rita M. Glavin
                                             Rita M. Glavin

                                        SEWARD & KISSEL LLP
                                        One Battery Park Plaza
                                        New York, New York
                                        glavin@sewkis.com
                                        Tel:  (212) 574-1200
                                        Fax: (212) 480-8421

                                        *Attorneys for Defendants Vertical Capital,
                                        LLC, Brett Graham, and Kem Blacker*

SK 25217 0006 6319298