UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MIRIAM FREIER                                                     :   Case No. 14-CV-9623 (RA)
                                                                  :
                Plaintiff,                                    :
      --and--                                                   :
                                                                  :
VERTICAL CAPITAL, LLC; BRETT GRAHAM;                              :
and KEM BLACKER                                                   :
                                                                  :
                Defendants.                                  :
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Julia C. Spivack of the law firm of Seward and Kissel LLP hereby appears as counsel in this action for defendants Vertical Capital, LLC, Brett Graham, and Kem Blacker.

I certify that I am admitted to practice in this Honorable Court.

New York, New York
January 9, 2015

                              SEWARD & KISSEL LLP

                              By:   s/ Julia C. Spivack
                                     Julia C. Spivack

                              SEWARD & KISSEL LLP
                              One Battery Park Plaza
                              New York, New York
                              spivack@sewkis.com
                              Tel:  (212) 574-1200
                              Fax: (212) 480-8421

                              *Attorneys for Defendants Vertical Capital,*
                              *LLC, Brett Graham, and Kem Blacker*

SK 25217 0006 6319302