# Exhibit F

## APPENDIX A

### COMPLIANCE MANUAL ACKNOWLEDGMENT

I hereby acknowledge receipt of the Vertical Capital, LLC Compliance Manual and certify that I have read and understand it and agree to comply with all the policies and procedures in the Manual, including the policies and procedures relating to Insider Trading.

I have not been found neither civilly liable for nor criminally guilty of insider trading; and that no legal proceedings alleging that I have violated the law on insider trading are now pending or, to my knowledge, threatened by any person or authority.

I understand that any violation(s) of the policies and procedures set forth in the Manual is grounds for immediate disciplinary action, up to and including termination of employment, and may constitute a violation of applicable federal, state and local laws and regulations.

Date: 6/20/2014         _____
                        Signature

Miriam Freier
Print Name

Compliance Receipt: Ken Blacker
Date: 6/23/14

1