# Exhibit G

| | |
|---|---|
| **From:** | Kem Blacker <VERTICAL CAPITAL/FIRST ADMINISTRATIVE GROUP/RECIPIENTS/KBLACKER> |
| **Sent:** | 11/26/2014 5:21:59 PM +00:00 |
| **To:** | Miriam Freier <mfreier@verticalcapital.com> |
| **CC:** | Partners <Partners@verticalcapital.com> |
| **Subject:** | separation agreement |
| **Attachments:** | M Freier Separation Agreement-6250312 20141126.docx |

Miriam, please see the attached separation agreement we discussed.  S&K is also sending a copy directly to your lawyer.


Happy Thanksgiving!  Kem



Kem Blacker

Vertical Capital

212 786 5300 ph

908 578 8660 cell

kblacker@verticalcapital.com


This e-mail and/or attachments may contain privileged, confidential or proprietary information. Unintended recipients should notify the sender immediately and delete. Disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. Brokerage services provided by VCAP Securities LLC. Member FINRA, SIPC. This is neither an offer or recommendation to buy or sell any security or other financial instrument. Email compliance@vcapllc.net with questions regarding this disclosure.

FOR SETTLEMENT DISCUSSION PURPOSES ONLY. OFF THE RECORD, WITHOUT PREJUDICE AND NOT TO BE DISCLOSED TO ANY THIRD PARTIES

# AGREEMENT AND RELEASE

This Agreement and Release (the "Agreement") is between Miriam Freier ("Employee") and Vertical Capital, LLC ("Vertical" or the "Company).

WHEREAS, Employee has been employed by the Company on an at-will basis pursuant to the terms of a June 18, 2013 employment agreement (the "Employment Agreement");

WHEREAS, Employee and the Company have mutually agreed that Employee's employment with the Company will be ending pursuant to the terms of this Agreement;

WHEREAS, the parties wish to set forth here their understanding regarding separation arrangements and certain other matters in connection with the planned cessation of Employee's employment at the Company; and

WHEREAS, the parties wish to settle, compromise and resolve any and all claims Employee has or may have against the Company or any of the Released Parties (as defined below).

NOW, THEREFORE, the parties agree as follows:

1. Subject to the Company's receipt of a fully executed original of this Agreement and the terms hereof:

    (a) The period through and including February 15, 2015 (unless earlier terminated under the terms of paragraph 2 below) shall be a working notice period (the "Working Notice Period") during which time Employee shall continue to be a full-time employee of the Company, shall continue to perform the tasks as assigned to her by the Company consistent with her role, shall cooperate with the Company in transitioning her duties and responsibilities, and shall assist the Company in developing and assisting with investor communications pursuant to paragraph 1(b) below. During the Working Notice Period,

1