# Exhibit I

|   |   |
|---|---|
| **From:** | Jonathan Sack <jsack1@gmail.com> |
| **Sent:** | 11/26/2014 8:18:29 PM +00:00 |
| **To:** | ersjd01@gmail.com |
| **CC:** | Miriam Freier <mfreier@verticalcapital.com>; Jonathan Sack hm <jsack@sackandsack.com>; mmui@sackandsack.com; Eric R. Stern lm <estern@sackandsack.com> |
| **Subject:** | Re: Fw: separation agreement |

He is way out of line. Let's fuck with him and threaten to expose him.

On Wednesday, November 26, 2014, <ersjd01@gmail.com> wrote:

He's a bad guy. On the bright side, his message should confirm to you that you are handling this the right way.

---

**From:** Miriam Freier <mfreier@verticalcapital.com>
**Date:** Wed, 26 Nov 2014 18:17:58 +0000
**To:** 'jsack@sackandsack.com'<jsack@sackandsack.com>; 'mmui@sackandsack.com'<mmui@sackandsack.com>; 'estern@sackandsack.com'<estern@sackandsack.com>
**Subject:** Fw: separation agreement

---

**From**: Brett Graham
**Sent**: Wednesday, November 26, 2014 01:15 PM
**To**: Miriam Freier
**Subject**: Re: separation agreement

Miriam,

That's a very oddly worded message. We expect to hear from you as an employee of the firm directly (not through your lawyer) as our verbal agreement in principle is subject to you continuing in that capacity through a certain date and fulfilling certain obligations as a productive and constructive representative of the firm.

I don't need to tell you that you can seek whatever advice you want, but I would discourage you from taking an adversarial stance as that is contrary to the spirit of the in principle agreement we have reached and all surrounding conversation.

Brett


Brett T Graham
Managing Partner
Vertical Capital
437 Madison Avenue

**From**: Miriam Freier
**Sent**: Wednesday, November 26, 2014 12:37 PM
**To**: Kem Blacker
**Cc**: Partners; 'jsack@sackandsack.com' <jsack@sackandsack.com>
**Subject**: Re: separation agreement

Hi Kem,

My lawyer will be in touch on how we'd like to proceed.

Happy Thanksgiving.

Thanks,
Miriam


**From**: Kem Blacker
**Sent**: Wednesday, November 26, 2014 12:21 PM
**To**: Miriam Freier
**Cc**: Partners
**Subject**: separation agreement

Miriam, please see the attached separation agreement we discussed.  S&K is also sending a copy directly to your lawyer.


Happy Thanksgiving!  Kem



Kem Blacker

Vertical Capital

212 786 5300 ph

908 578 8660 cell

kblacker@verticalcapital.com

This e-mail and/or attachments may contain privileged, confidential or proprietary information. Unintended recipients should notify the sender immediately and delete. Disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. Brokerage services provided by VCAP Securities LLC. Member FINRA, SIPC. This is neither an offer or recommendation to buy or sell any security or other financial instrument. Email compliance@vcapllc.net with questions regarding this disclosure.

--

Jonathan Sack, Esq.
Sack & Sack
110 East 59th Street, 19th Floor
New York, NY 10022
Tel:  212-702-9000 x 207
Fax: 212-702-9702
Cell: 917-754-9000
Email: jsack@sackandsack.com