UNITED STATES DISTRICT COURT      ECF CASE
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
MIRIAM FREIER,      :      Case No. 14-CV-9623 (RA)
     :
     :      **ORDER**
     Plaintiff,    :
     :
     — against —      :
     :
VERTICAL CAPITAL, LLC; BRETT GRAHAM; and    :
KEM BLACKER,      :
     :
     Defendants.    :
     :
---------------------------------------------------------------------- x

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 21 2015

This matter having come before the Court on the application of the parties, through their attorneys, and the Court having considered the applicants' submission;

IT IS on this 21st day of January, 2015,

**ORDERED** that the following briefing schedule be set with regard to the Defendants' Motion to Compel Arbitration and Stay This Action, And For Attorneys' Fees And Costs:

1.    Plaintiff's opposition papers shall be served by January 30, 2015;

2.    Defendants' reply papers shall be served by February 6, 2015; and

3.    Two courtesy copies of all motion papers shall be submitted to Chambers by the movant at the time the reply is served.

SO ORDERED:

_____
Hon. Ronnie Abrams, U.S.D.J.

1/21/15