UNITED STATES DISTRICT COURT            ECF CASE
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

MIRIAM FREIER,            Case No. 14-CV-9623 (RA)

           **ORDER**

           Plaintiff,

     — against —

VERTICAL CAPITAL, LLC; BRETT GRAHAM; and
KEM BLACKER,

           Defendants.

------------------------------------------------------------------------x

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: JAN 29 2015

This matter having come before the Court on the application of the parties, through their attorneys, and the Court having considered the applicants' submission;

IT IS on this 28th day of January, 2015,

**ORDERED** that the following briefing schedule be set with regard to the Defendants' Motion to Compel Arbitration and Stay This Action, And For Attorneys' Fees And Costs:

1. Plaintiff's opposition papers shall be served by February 4, 2015;

2. Defendants' reply papers shall be served by February 11, 2015; and

3. Two courtesy copies of all motion papers shall be submitted to Chambers by the movant at the time the reply is served.

SO ORDERED:

_____
Hon. Ronnie Abrams, U.S.D.J.

1/29/15