**SEWARD & KISSEL LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

WRITER'S DIRECT DIAL:
212-574-1541

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

February 11, 2015

VIA ECF

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

   Re: Miriam Freier v. Vertical Capital, LLC, et al.,
     Case No. 14-CV-9623 (RA)

Dear Judge Abrams:

  We represent Defendants Vertical Capital, LLC, Brett Graham, and Kem Blacker (collectively, "Defendants") in the above-referenced action.

  On January 9, 2015, Defendants filed a Motion to Compel Arbitration and Stay this Action, and for Attorneys' Fees and Costs (the "Motion"). On February 4, 2015, Plaintiff filed a Letter Memorandum and Proposed Order, and today, February 11, 2015, Defendants filed their Reply Memorandum of Law in Further Support of Their Motion to Compel Arbitration and Stay this Action, and for Attorneys' Fees and Costs.

  Pursuant to section 4.G of your Honor's Individual Rules and Practices, Defendants respectfully request oral argument on the Motion.

          Respectfully submitted,

          /s/ Mark J. Hyland

          Mark J. Hyland

cc: Eric R. Stern, Esq. (via ECF)