## SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

WRITER'S DIRECT DIAL:
212-574-1541

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

February 17, 2015

VIA ECF

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

Re:   Miriam Freier v. Vertical Capital, LLC, et al.,
      Case No. 14-CV-9623 (RA)

Dear Judge Abrams:

We represent Defendants Vertical Capital, LLC, Brett Graham, and Kem Blacker (collectively, "Defendants") in the above-referenced action. We write jointly with Plaintiff Miriam Freier concerning your Honor's December 11, 2014 Order requiring the parties to submit to the Court a joint letter, proposed case management plan and scheduling order by Friday, February 13, 2015 and scheduling an initial status conference this Friday, February 20, 2015 ("Order").

Defendants were served with the First Amended Complaint in this Action on December 19, 2014 and, accordingly, did not receive electronic notice of the Order. Defendants were not aware that the Order had been entered until today, and immediately brought the matter to Plaintiff's attention.

On January 9, 2015, Defendants filed a Motion to Compel Arbitration and Stay this Action, and for Attorneys' Fees and Costs (the "Motion"). On February 4, 2015, Plaintiff filed a Letter Memorandum and Proposed Order in Opposition to Defendants' Motion for Attorneys' Fees and Costs, however, consenting to the portion of Defendants' Motion to arbitrate this matter. On February 11, 2015, Defendants filed their Reply Memorandum of Law in Further Support of Their Motion to Compel Arbitration and Stay this Action, and for Attorneys' Fees and Costs. Consequently, the only remaining issue before the Court in this matter is Defendants' outstanding application for attorneys' fees and costs.

Accordingly, the parties respectfully jointly request that the Court adjourn the date to submit the joint letter, proposed case management plan and scheduling order, and adjourn

Hon. Ronnie Abrams
February 17, 2015
Page 2 of 2

Friday's initial status conference, *sine die*. A Proposed Order reflecting the foregoing is enclosed.

Respectfully submitted,

_____
Eric R. Stern

Sack & Sack LLP
110 East 59th Street, 19th Floor
New York, New York 10022
(212) 702-9000

*Attorneys for Plaintiff Miriam Freier*

_____
Mark J. Hyland

Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
(212) 547-1200

*Attorneys for Defendants Vertical Capital, LLC, Brett Graham, and Kem Blacker*

Enclosure

SK 25217 0019 6386604 v2

UNITED STATES DISTRICT COURT  ECF CASE
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
**MIRIAM FREIER,**                                                :   Case No. 14-CV-9623 (RA)
                                                                  :
                                                                  :          ORDER
                                                                  :
                                              Plaintiff,          :
                                                                  :
                    — against —                                   :
                                                                  :
**VERTICAL CAPITAL, LLC; BRETT GRAHAM;** and                      :
**KEM BLACKER,**                                                  :
                                                                  :
                                              Defendants.         :
                                                                  :
------------------------------------------------------------------x

This matter having come before the Court on the joint application of the parties, through their attorneys, and the Court having considered the applicants' submission;

IT IS on this 17th day of February, 2015,

**ORDERED** that the date by which the parties shall submit to the Court a joint letter, proposed case management plan and scheduling order as set forth in the Court's December 11, 2014 Order and Notice of Initial Conference (Dkt. No. 3), and the date for the initial status conference in this matter, shall each be adjourned, *sine die*:

SO ORDERED:

_____
Hon. Ronnie Abrams, U.S.D.J.