UNITED STATES DISTRICT COURT                                ECF CASE
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                :
MIRIAM FREIER,                                  :   Case No. 14-CV-9623 (RA)
                                                :
                                                :   ORDER
                            Plaintiff,          :
                                                :
            — against —                         :   USDC-SDNY
                                                :   DOCUMENT
VERTICAL CAPITAL, LLC; BRETT GRAHAM; and        :   ELECTRONICALLY FILED
KEM BLACKER,                                    :   DOC #: _____
                                                :   DATE FILED: FEB 18 2015
                            Defendants.         :
                                                :
---------------------------------------------------------------------x

This matter having come before the Court on the joint application of the parties, through their attorneys, and the Court having considered the applicants' submission;

IT IS on this 17th day of February, 2015,

**ORDERED** that the date by which the parties shall submit to the Court a joint letter, proposed case management plan and scheduling order as set forth in the Court's December 11, 2014 Order and Notice of Initial Conference (Dkt. No. 3), and the date for the initial status conference in this matter, shall each be adjourned, *sine die*:

SO ORDERED:

_____ FEB 18 2015
Hon. Ronnie Abrams, U.S.D.J.